# IN THE SUPREME COURT OF THE STATE OF NEVADA

MELAKU TESEMA; MINALE M.
ABEBE; METASEBIA MILLION; AND
ACMETHAY GEBERSECASA,
INDIVIDUALLY AND ON BEHALF OF
OTHERS SIMILARLY SITUATED,
                    Appellants,
        vs.
LUCKY CAB CO.; AND LUCKY
TRANSPORTATION, INC.,
                    Respondents.

No. 73542

FILED

JUL 1 2 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
     DEPUTY CLERK

LUCKY CAB CO.; AND LUCKY
TRANSPORTATION, INC.,
                    Appellants,
        vs.
MELAKU TESEMA; MINALE M.
ABEBE; METASEBIA MILLION; AND
ACMETHAY GEBERSECASA,
INDIVIDUALLY AND ON BEHALF OF
OTHERS SIMILARLY SITUATED,
                    Respondents.

No. 73906

## ORDER DISMISSING APPEALS

Pursuant to the stipulation of the parties, and cause appearing, these consolidated appeals are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-26685

cc: Hon. Kathleen E. Delaney, District Judge
Leon Greenberg Professional Corporation
Jason Awad & Associates
Eighth District Court Clerk